650

*J. H. Sutherland* for petitioner. *Mr. Frederick Schafer* for respondent.

No. 107. IN THE MATTER OF JOSEPH RUBINSTEIN; and No. 108. IN THE MATTER OF CHARLES RUBINSTEIN. October 14, 1940. The motion to dispense with printing portions of the record is granted. The petition for writs of certiorari to the Supreme Court of Ohio is denied. *Mr. Brien McMahon* for petitioners. *Mr. Charles Auerbach* for respondents. Reported below: 136 Ohio St. 341; 25 N. E. 2d 680.

No. 116. MASCUCH *v.* UNITED STATES. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Mr. Harry W. Colmery* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, Fred E. Strine, George F. Kneip,* and *W. Marvin Smith* for the United States.

No. 119. PHILIPPINE NATIONAL BANK *v.* PHILIPPINE TRUST CO. ET AL. October 14, 1940. Petition for writ of certiorari to the Supreme Court of the Philippines denied. MR. JUSTICE MURPHY took no part in the consideration and decision of this application. *Mr. Ramon Diokno* for petitioner. *Messrs. Allison D. Gibbs* and *Finley J. Gibbs* for respondents.

No. 129. LLOYD-SMITH *v.* BICKNELL, RECEIVER. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE REED took no part in the consideration and de-